# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DAVID PROBST, | ) | |
| --- | --- | --- |
| | ) | 2:17cv1014 |
| Plaintiff, | ) | **Electronic Filing** |
| | ) | |
| v. | ) | |
| | ) | |
| SCI GREENE MEDICAL DEPT and | ) | |
| DOCTOR JYN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 27th day of April, 2018, for the reasons set forth in the Opinion filed this date, IT IS ORDERED as follows:

(i) The Motion to Dismiss filed by Defendant SCI-Greene Medical Dept be, and the same hereby is, granted;

(ii) The Motion to Dismiss filed by Doctor Jin, which has been converted to a motion for summary judgment, be, and the same hereby is, granted;

(iii) Leave to amend the complaint is denied as futile;

(iv) Plaintiff's separate negligence / medical malpractice claims against Dr. Jin are denied without prejudice for want of jurisdiction;

(v) The Magistrate Judge's February 23, 2018, Report and Recommendation as augmented, be, and the same hereby is, adopted as the opinion of the court.

Final judgment will be entered and the Clerk will be directed to mark the case closed.

*/s/ DSCercone*
David Stewart Cercone
Senior United States District Judge

cc: David Probst
JU-7714
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)

Mary Lynch Friedline, Esquire
Benjamin M. Lombard, Esquire
Samuel H. Foreman, Esquire
(*Via CM/ECF Electronic Mail*)